CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
for Danville
JUL 22 2009
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TOLLIE D. MOORE, | ) | CASE NO. 4:08CV00032 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | By: B. Waugh Crigler U. S. Magistrate Judge |
| Defendant. | ) | |

For the reasons set forth in the Memorandum Opinion of even date, the Commissioner's motion for summary judgment is GRANTED, the Commissioner's final decision AFFIRMED, and the case is to be DISMISSED from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ B. Waugh Crigler
U.S. Magistrate Judge

7-22-09
Date